Stephen R. Smerek (SBN: 208343)
ssmerek@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615- 1735
Facsimile: (213) 615-1750

George C. Lombardi (admitted *pro hac vice*)
glombardi@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendant
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH MARTIN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 5:16-cv-02168-JFW-SP<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

I, George C. Lombardi, declare:

1. I am a member in good standing of the State Bar of Illinois; and of the United States District Courts for the Northern and Southern Districts of Illinois, the Eastern District of Wisconsin, the District of Colorado, the United States Courts of Appeals for the Seventh, Fourth, and Federal Circuits; and the Supreme Court of the United States.

2. I am counsel for Defendant Monsanto Company in this matter. I make this declaration pursuant to paragraph 3(a) of the Court's Standing Order (Dkt. No. 11), based on my own personal knowledge.

3. My email address of record is glombardi@winston.com.

4. I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of December, 2016, in Chicago, Illinois.

/s/ George C. Lombardi
George C. Lombardi

Attorney for Defendant
MONSANTO COMPANY