| | |
|---|---|
| **THE LAW OFFICE OF JACK FITZGERALD, PC**<br>JACK FITZGERALD (SBN 257370)<br>*jack@jackfitzgeraldlaw.com*<br>TREVOR M. FLYNN (SBN 253362)<br>*trevor@jackfitzgeraldlaw.com*<br>MELANIE PERSINGER (SBN 275423)<br>*melanie@jackfitzgeraldlaw.com*<br>Hillcrest Professional Building<br>3636 Fourth Avenue, Suite 202<br>San Diego, California 92103<br>Phone: (619) 692-3840<br>Fax: (619) 362-9555<br><br>*Counsel for Plaintiff and the Putative Class* | **WINSTON & STRAWN LLP**<br>Stephen R. Smerek (SBN: 208343)<br>*ssmerek@winston.com*<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1735<br>Facsimile: (213) 615-1750<br><br>George C. Lombardi (*pro hac vice*)<br>*glombardi@winston.com*<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>John J. Rosenthal (admitted *pro hac vice*)<br>Adam S. Nadelhaft (admitted *pro hac vice*)<br>jrosenthal@winston.com<br>anadelhaft@winston.com<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5785<br>Facsimile: (202) 282-5100<br><br>*Attorneys for Defendant Monsanto Company* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISABETH MARTIN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br>v.<br>MONSANTO COMPANY,<br><br>Defendant. | Case No.: 5:16-cv-02168-JFW (SPx)<br><br>**JOINT STATEMENT OF MEET AND CONFER CONFERENCE REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. John F. Walter |

1  Pursuant to paragraph 5(b) of the Court's Standing Order (Dkt. No. 12), plaintiff
2  Elisabeth Martin and defendant Monsanto Company make the following joint statement of
3  their meet and confer regarding plaintiff's motion for class certification.
4  On January 30, 2017, the parties engaged in a telephonic meet-and-confer conference
5  pursuant to Local Civil Rule 7-3, regarding plaintiff's anticipated motion for class
6  certification. Jack Fitzgerald and Sid Jackson participated on behalf of plaintiff, and John
7  Rosenthal and Adam Nadelhaft participated on behalf of Monsanto. The call lasted
8  approximately 25 minutes. During the conference, the parties discussed the following issues
9  relating to plaintiff's class certification motion.
10  (1) Plaintiff advised Monsanto of the class definition she would propose, and the claims
11  for which she would seek certification. While in her Amended Complaint plaintiff stated that
12  class treatment was appropriate under Fed. R. Civ. P. 23(a), 23(b)(2), and 23(b)(3), plaintiff
13  informed Monsanto she would seek certification solely pursuant to Fed. R. Civ. P. 23(a) and
14  23(b)(3).
15  (2) The parties discussed each of the Rule 23(a) factors, namely numerosity,
16  commonality, typicality, and adequacy. The parties were unable to resolve their disagreement
17  over whether these factors are satisfied in this case.
18  (3) The parties discussed the Rule 23(b)(3) factors, namely predominance and
19  superiority. The parties disagreed over whether these factors are satisfied in this case.

Dated: February 2, 2017        By:   /s/ *Jack Fitzgerald**
                                     Jack Fitzgerald
                                     Attorneys for Plaintiff
                                     ELISABETH MARTIN

                               By:   /s/ *John J. Rosenthal*
                                     John J. Rosenthal
                                     Attorneys for Defendant
                                     MONSANTO COMPANY

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), Jack Fitzgerald hereby attests that concurrence in the filing of this document ant its contents was obtained from all signatures listed.*

1