Stephen R. Smerek (SBN: 208343)
ssmerek@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615- 1735
Facsimile: (213) 615-1750

George C. Lombardi (admitted *pro hac vice*)
glombardi@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

John J. Rosenthal (admitted *pro hac vice*)
jrosenthal@winston.com
Adam S. Nadelhaft (admitted *pro hac vice*)
anadelhaft@winston.com
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5785
Facsimile: (202) 282-5100

Attorneys for Defendant
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISABETH MARTIN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | **Case No. 5:16-cv-02168-JFW-SP**<br><br>[Assigned to the Honorable John F. Walter]<br><br>**MONSANTO COMPANY'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING MONSANTO TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY CLASS ON FEBRUARY 20, 2017** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 7-19, Defendant Monsanto Company ("Monsanto") hereby applies to the Court *ex parte* for an order allowing Monsanto to file its Opposition to Plaintiff's Motion to Certify Class on February 20, 2017, which is twenty-one (21) days before the scheduled hearing, but is also President's Day, a Legal Holiday.

Good cause exists to grant this *Ex Parte* Application because, under normal circumstances, pursuant to Local Rule 7-9, Monsanto's Opposition would be due February 20, 2017. Monsanto is not seeking an extension of time, but is merely seeking that it not receive less time to respond, because of the Legal Holiday. Furthermore, Plaintiff will not be prejudiced, because Monsanto can file its Opposition electronically, pursuant to the CM/ECF system. Nor would this request effect the timing of Plaintiff's Reply, or the hearing, which is scheduled to take place on March 13, 2017. This request is properly before the Court on an *ex parte* basis because the earliest regularly-noticed Motion would not occur until after Monsanto's Opposition to Plaintiff's Motion to Certify Class would be due.

Pursuant to Local Rule 7-19.1, on February 10, 2017, counsel for Monsanto notified Jack Fitzgerald, Plaintiff's counsel, in a phone conversation of its intention to make this application. Counsel for Plaintiff has indicated that Plaintiff agrees to Monsanto filing its Opposition on February 20, 2017, but has requested a corresponding extension of three days to file her reply if Monsanto's request is granted.

Pursuant to Local Rule 7-19, Plaintiff's counsel's contact information is as follows:

**THE LAW OFFICE OF JACK FITZGERALD, PC**

JACK FITZGERALD (SBN 257370)

jack@jackfitzgeraldlaw.com

Hillcrest Professional Building

3636 Fourth Avenue, Suite 202

San Diego, California 92103

Phone: (619) 692-3840

Fax: (619) 362-9555

**JACKSON & FOSTER, LLC**

SIDNEY W. JACKSON, III

sid@jacksonfosterlaw.com

75 St. Michael Street

Mobile, Alabama 36602

Phone: (251) 433-6699

Fax: (251) 433-6127

This Application is based upon this Notice of *Ex Parte* Application; the accompanying Memorandum of Points and Authorities; and the related pleadings in this case.

Respectfully submitted

Dated: February 10, 2017          WINSTON & STRAWN LLP

By:  */s/ Stephen R. Smerek*
       Stephen R. Smerek
       George C. Lombardi
       John J. Rosenthal
       Adam S. Nadelhaft
       Attorneys for Defendant
       MONSANTO COMPANY

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Plaintiff filed her Notice of Motion and Motion to Certify Class on February 6, 2017. (Dkt. 51.) Plaintiff's Motion attached 91 exhibits, a 26-page declaration from Plaintiff's counsel, and a declaration from Plaintiff's proposed expert.

2. Plaintiff set the hearing for her Motion to Certify Class for March 13, 2017.

3. Pursuant to Local Rule 7-9, Monsanto's Opposition is due twenty-one (21) days before the date designated for the hearing of the motion, which would be February 20, 2017. However, because February 20 is President's Day, a Legal Holiday, and the two days before that are Sunday and Saturday, Monsanto's Opposition is due on February 17, 2017. This gives Monsanto only 11 days to oppose Plaintiff's Motion to Certify Class, as opposed to the usual 14 days that Monsanto would receive under the Local Rules.

4. Monsanto has been working diligently since the filing of Plaintiff's Motion to Certify Class, including taking the depositions of both the Plaintiff and Plaintiff's proposed expert.

5. Monsanto can file its Opposition electronically on February 20, pursuant to the CM/ECF system.

6. Monsanto sought Plaintiff's consent to file its Opposition on February 20. Plaintiff agrees to Monsanto filing its Opposition on February 20, 2017, but has requested a corresponding extension of three days to file her reply if Monsanto's request is granted. Monsanto respectfully submits that Plaintiff's Reply Brief should continue to be due on February 27, 2017, since if there was not a Legal Holiday, Plaintiff would normally have seven days to reply. Monsanto, however, would not object to Plaintiff receiving three extra days for her Reply if the Court so decides.

7. There is no prejudice to Plaintiff since if Monsanto is allowed to file on February 20, Plaintiff would be receiving the same time for her Reply that is contemplated under the Local Rules. Or alternatively, if the Court agrees with Plaintiff, Plaintiff would receive three extra days for her Reply.

8. Furthermore, this request by Monsanto would not effect the hearing scheduled for March 13, 2017, nor any other dates that have been set by the Court, including the discovery cut-off date (October 3, 2017), the Pre-Trial Conference date (November 17, 2017), and the Trial date (December 12, 2017).

9. There have been no prior requests for extensions by any party in this case.

For the foregoing reasons, Monsanto respectfully requests that the Court issue an order allowing Monsanto to file its Opposition to Plaintiff's Motion to Certify Class on February 20, 2017.

Respectfully submitted

Dated: February 10, 2017                WINSTON & STRAWN LLP


By:  */s/ Stephen R. Smerek*
    Stephen R. Smerek
    George C. Lombardi
    John J. Rosenthal
    Adam S. Nadelhaft
    Attorneys for Defendant
    MONSANTO COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I served the foregoing **MONSANTO COMPANY'S OPPOSED EX PARTE APPLICATION FOR AN ORDER ALLOWING MONSANTO TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY ON FEBRUARY 20, 2017**, via the CM/ECF system, and via fax on Plaintiff's counsel of record:

**THE LAW OFFICE OF JACK FITZGERALD, PC**

JACK FITZGERALD (SBN 257370)

jack@jackfitzgeraldlaw.com

Hillcrest Professional Building

3636 Fourth Avenue, Suite 202

San Diego, California 92103

Phone: (619) 692-3840

Fax: (619) 362-9555

**JACKSON & FOSTER, LLC**

SIDNEY W. JACKSON, III

75 St. Michael Street

Mobile, Alabama 36602

Phone: (251) 433-6699

Fax: (251) 433-6127

By:  */s/ Adam S. Nadelhaft*
Adam S. Nadelhaft