**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH MARTIN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br>v.<br>MONSANTO COMPANY,<br><br>Defendant. | Case No.: 5:16-cv-02168-JFW (SPx)<br><br>**ORDER TRANSFERRING ACTION TO EASTERN DISTRICT OF MISSOURI**<br><br>Judge:    Hon. John F. Walter |

1   This matter came before the Court on the parties' Joint Motion to Transfer Venue, in which the parties request, pursuant to 28 U.S.C. § 1404(a), that the Court transfer the action to the Eastern District of Missouri, for the purpose of seeking approval of a nationwide class settlement. The Court finds there is good cause for the transfer. Specifically, the Court finds that the action could have been filed in the Eastern District of Missouri. The Court further finds that the convenience of the parties and interest of justice support transfer. The parties stipulate to transfer, transfer will promote an efficient and economical consideration of the proposed nationwide settlement, and transfer will not affect the substantive rights of the class certified in this action. Accordingly,

**IT IS HEREBY ORDERED:**

This matter shall be transferred, pursuant to 28 U.S.C. § 1404(a), to the Eastern District of Missouri, provided, however, that if a proposed nationwide class settlement does not receive final approval, the parties shall stipulate to transfer back to this Court for all further pre-trial and trial proceedings.

Dated: August 23, 2017

_____
Hon. John F. Walter
United States District Judge